CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
February 25, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **BRYAN KEITH BERNDTSON, JR.,**<br>     **Plaintiff,** | Civil Action No. 7:25-cv-00915 |
| v. | **MEMORANDUM OPINION** |
| **TIM TRENT, et al.,**<br>     **Defendant(s).** | By:  Robert S. Ballou<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 . Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered December 12, 2025 , the court directed plaintiff to submit within 30 days from the date of the order a prisoner trust account report (or institutional equivalent) for the month of June.  Dkt. 2. The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined during that period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

The plaintiff notified the court by letter docketed January 13, 2026 of a change of address. Dkt. 6. The Clerk then sent the December 12, 2025 order requesting the prisoner trust account information to the plaintiff's new address on January 27, 2025. Dkt. 8. The Court also reissued the order on January 15, 2026, directing the plaintiff to respond with trust account information. Dkt. 7.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the

court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    Enter: February 25, 2026

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States District Judge